IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEDRICK V. McDADE,              )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )         2:16cv158-MHT
                                )              (WO)
ALABAMA DEPARTMENT OF           )
TRANSPORTATION, et al.,         )
                                )
     Defendants.                )
```

**JUDGMENT**

Upon consideration of the stipulation of dismissal (doc. no. 81), which the court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and defendant Alabama State Personnel Department is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against all other defendants remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 13th day of June, 2018.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE