IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEDRICK V. McDADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv158-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's stipulation of dismissal of his disparate-impact claims (doc. no. 88), which the court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, and plaintiff's disparate-impact claims are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 10th day of August, 2018.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE